FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 06 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00186 JM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 1952(a)(3) |
| OUK BUNDERSON, | ) | 18 U.S.C. § 1956(h) |
| CHAN PAE AN, | ) | |
| SO WELSHANS, and | ) | |
| AN SUK HAIR | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning in or about June 2020, and continuing through in or about June 30, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

OUK BUNDERSON,
CHAN PAE AN,
SO WELSHANS, and
AN SUK HAIR,

traveled in interstate commerce, and used any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution and promoting prostitution in violation of Arkansas Code Annotated §§ 5-70-102, 5-70-105, and 5-70-106, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT 2

From in or about June 2020 and continuing through on or about June 29, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

OUK BUNDERSON,
CHAN PAE AN,
SO WELSHANS, and
AN SUK HAIR,

knowingly, voluntarily, and intentionally conspired with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, traveling in interstate commerce and using and causing to be used interstate facilities, in violation of Title 18, United States Code, Section 1952, with the intent to promote the carrying on of specified unlawful activity, that is, traveling in interstate commerce and using and causing to be used interstate facilities, in violation of Title 18, United States Code, Section 1952, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

(b) to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, traveling in interstate commerce and using and causing to be used interstate facilities, in violation of Title 18, United States Code, Section 1952, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the

proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

(c) to knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, which transaction involved the proceeds of specified unlawful activity, that is, traveling in interstate commerce and using and causing to be used interstate facilities, in violation of Title 18, United States Code, Section 1952, knowing that the transaction was designed in whole or in part to avoid a transaction reporting requirement under state and federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense charged in Count 1 of this Indictment, the defendants, OUK BUNDERSON, CHAN PAE AN, SO WELSHANS, and AN SUK HAIR, shall forfeit, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2, of this Indictment, the defendants, OUK BUNDERSON, CHAN PAE AN, SO WELSHANS, and AN SUK HAIR, shall forfeit to the United States, under Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense, and all property that is traceable to the property involved in the offense.