IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | | |
| --- | --- | --- | --- |
| *Plaintiff(s)* | ) | Case: | 4:22-CR-186 |
| | ) | | |
| v. | ) | | |
| | ) | Judge: | James M. Moody, Jr. |
| So Welshans | ) | | |
| _____ | ) | | |
| *Defendant(s)* | ) | | |

## NOTICE OF APPEARANCE

Please take notice that Christopher Baker of the James Law Firm will be aiding as counsel in the representation of So Welshans in the case captioned above and requests that they be included on the service of all notices, pleadings, and other documents filed in this case. Christopher Baker is admitted or otherwise authorized to practice in this court.

Dated: June 30, 2023                                  Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for So Welshans*
cbaker@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900
Fax: 501-375-1356